FILED

12 JUL 12 PM 12: 45

MIDDLE DISTRICT OF COURT
TAMPA, FLORIDA

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO.  8:12-CR- 289t 27 MAP

BRITTNEY BEASON,
JAMES BELLOWS,
CHRIS BUCHAN,
MICHAEL DESIMONE,
HEATHER GARMANY,
TIM GRACE,
JENNY HERNANDEZ,
CHRIS JACKSON,
MARK LAPHAM,
PAUL PARKER,
KARL POLEK,
NICOLE PROCTOR,
TAMARA SHORT, and
SCOTT VITIELLO

21 U.S.C. § 841(a)(1)
21 U.S.C. § 846
21 U.S.C. § 853 (Forfeiture)



## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From an unknown date through on or about the date of this indictment, in the

Middle District of Florida, and elsewhere, the defendants,

BRITTNEY BEASON,
JAMES BELLOWS,
CHRIS BUCHAN,
MICHAEL DESIMONE,
HEATHER GARMANY,
TIM GRACE,
JENNY HERNANDEZ,
CHRIS JACKSON,
MARK LAPHAM,
PAUL PARKER,
KARL POLEK,



NICOLE PROCTOR,
TAMARA SHORT, and,
SCOTT VITIELLO,

did knowingly and willfully conspire with each other and with others, both known

and unknown to the Grand Jury, to possess with intent to distribute, and to

distribute a quantity of a mixture and substance containing a detectable amount

of Oxycodone, a Schedule II Controlled Substance, in violation of Title 21, United

States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

## FORFEITURE

1.     The allegations contained in Count One of this Indictment are hereby

realleged and incorporated by reference for the purpose of alleging forfeitures,

pursuant to the provisions of Title 21, United States Code, Section 853.

2.     From their engagement in any or all of the violations alleged in Count

One  punishable by imprisonment for more than one year, the defendants,

BRITTNEY BEASON,
JAMES BELLOWS,
CHRIS BUCHAN,
MICHAEL DESIMONE,
HEATHER GARMANY,
TIM GRACE,
JENNY HERNANDEZ,
CHRIS JACKSON,
MARK LAPHAM,
PAUL PARKER,
KARL POLEK,
NICOLE PROCTOR,
TAMARA SHORT, and
SCOTT VITIELLO,

shall forfeit to the United States, pursuant to Title 21, United States Code,

Sections 853(a)(1) and (2), all of their right, title and interest in:

      a.    property constituting and derived from any proceeds defendants obtained, directly or indirectly, as a result of such violations; and,

      b.    property used and intended to be used in any manner or part to commit or to facilitate the commission of such violations.

3.    If any of the property described above as being subject to forfeiture,

as a result of any act or omission of the defendants:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred, sold to or deposited with, a third person;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or,

      e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the

provisions of Title 21, United States Code, Section 853(p), up to the value of the

forfeitable property.

A TRUE BILL,

Foreperson

ROBERT E. O'NEILL
United States Attorney

By:

MARIA CHAPA LOPEZ
Assistant United States Attorney

By:

JOSEPH K. RUDDY
Assistant United States Attorney
Chief, Narcotics Section

FORM OBD-34
APR 1991

No. 8:12-CR-

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

BRITTNEY BEASON
JAMES BELLOWS
CHRIS BUCHAN
MICHAEL DESIMONE
HEATHER GARMANY
TIM GRACE
JENNY HERNANDEZ
CHRIS JACKSON
MARK LAPHAM
PAUL PARKER
KARL POLEK
NICOLE PROCTOR
TAMARA SHORT, and
SCOTT VITIELLO

## INDICTMENT

Violations:  21 U.S.C. §§ 846, 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 12th day

of July 2012.

_____
Clerk

Bail $_____

GPO 863 525