BOND RECOMMENDATION: Detention  MCL/gaw
AO 442 (Rev.5/85) Warrant for Arrest

# United States District Court
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CHRIS BUCHAN

**WARRANT FOR ARREST**

CASE NUMBER: 8:12-CR- 289 

SEALED

**To: The United States Marshal and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest CHRIS BUCHAN and bring him forthwith to the nearest magistrate to answer an

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with conspiracy to possess with intent to distribute, and distribution of Oxycodone.

In violation of Title 21, United States Code, Sections 846 and 841(a)(1).

**Sheryl L. Loesch**
Name & Title of Judicial Officer

**Clerk, United States District Court**
Title of Issuing Officer

7-12-12 Tampa, FL
Date and Location

_____
Signature of Issuing Officer

_____
(By) Deputy Clerk

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8-5-13 | Sign for DEA | |

FILED 13 AUG -5 AM 11:42