# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

# CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:12-CR-289-T-27MAP | **DATE:** | 8/5/13 |
| **HONORABLE ANTHONY E. PORCELLI** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRIS BUCHAN | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Maria Chapa Lopez, AUSA | |
| | | **DEFENSE COUNSEL**<br>Bjorn Brunvand, Esq. (CJA) | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Lynne Vito |
| **TIME** 3:44 to 3:52 | **TOTAL:** min | **PROBATION:** | |
| | | **COURTROOM:** | 10A |

**PROCEEDINGS: INITIAL APPEARANCE, ARRAIGNMENT and BOND HEARING**

- [X] DEFENDANT PRESENT; ARRESTED ON 8/5/13
- [X] COURT SUMMARIZED CHARGES
- [X] DEFENSE ATTORNEYS: COURT APPOINTS BJORN BRUNVAND, ESQ.

- [X] Bond: Government $25,000 signature bond, co-signed by a family member
  Defendant: in agreement, standard conditions, family members willing to co-sign; reside at 444 North Paula Drive

  Court sets the following conditions of release:
  <u>standard conditions:</u> appear in court in accordance with all notices; travel restricted to the Middle District; reside at 444 North Paula Drive, Dunedin, Florida, 34698; and cannot move without prior court approval; cannot commit another federal, state or local crime.
  <u>Special conditions:</u> report to pretrial as directed; execute a $25,000 signature bond; seek and maintain legitimate employment; defendant to submit to a mental health evaluation and treatment as directed by pretrial services.

- [X] INDICTMENT FILED AND COPIED TO DEFENDANT
- [X] DEFENDANT WAIVED READING OF INDICTMENT
- [X] NOT GUILTY PLEA ENTERED AS TO COUNTS: ALL

- [X] TRIAL: SET FOR THE OCTOBER 2013 TRIAL TERM BEGINNING 9/30/13 BEFORE JUDGE WHITTEMORE
  STATUS CONFERENCE SEPTEMBER 5, 2013 at 1:30 PM BEFORE JUDGE WHITTEMORE

- [X] GOVERNMENT TO PROVIDE RULE 16(a); DEFENDANT TO PROVIDE RULE 16(b)
  (Copy of these minutes sent to magistrate judge CRD)

- [X] PRE-TRIAL DISCOVERY ORDER to be electronically filed
- [X] REFERRED TO MAGISTRATE JUDGE PIZZO FOR PRE-TRIAL DISCOVERY ORDER.